UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| STEPHEN MICHAEL [ANGE], | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14-cv-00286-JAW |
| | ) | |
| JOHN BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF MAGISTRATE JUDGE**

On July 11, 2014, Stephen Michael [Ange], currently incarcerated in York County Jail in Maine, filed a complaint in this Court, naming nine individual and institutional defendants, alleging among other things that they had kidnapped him. *Compl.* (ECF No. 1). With the Complaint, Mr. [Ange] filed a motion for writ of personal replevin and a motion for preliminary injunction. *Mot. for Prelim., Mandatory, Prohibitive, Special Inj. and Writ of Personal Replevin in Cepit* (ECF No. 2). On July 28, 2014, the Magistrate Judge issued an order requiring Mr. [Ange] either to pay the $400.00 filing fee or to file an application to proceed in forma pauperis by August 20, 2014. *Order* (ECF No. 5). On August 27, 2014, the Magistrate Judge filed a recommended decision in which he recommended that Mr. [Ange's] Complaint be dismissed for failure to comply with the July 28, 2014 Order. *Recommended Decision to Dismiss* (ECF No. 8).

After the Recommended Decision, Mr. [Ange] filed three documents with the Court: (1) a Notice Attention: Not Miscellaneous Correspondence (ECF No. 9); (2) a Motion for Equitable Estoppel (ECF No. 10); and (3) a Notice of Refusal for Cause Refusal for Fraud (ECF No. 11). Although the meaning of these documents is not entirely clear, the Court treats them individually and together as an objection to the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. This Court concurs with the recommendation of the Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

1. This Court ORDERS that the Recommended Decision of the Magistrate Judge is AFFIRMED; and
2. This Court ORDERS that Stephen Michael [Ange]'s Complaint (ECF No. 1) be and it hereby is DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2014